| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN 190246)<br>101 S. Western Avenue, Second Floor<br>Los Angeles, CA  90004<br>Phone:  (213) 205-6560 | |
| ATTORNEY(S) FOR:  BERNARD TARUC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BERNARD TARUC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| KING SPIRITS, INC. D/B/A JERRY'S HOUSE OF SPIRITS, et al.; and DOES 1 to 10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  BERNARD TARUC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BERNARD TARUC | Plaintiff |
| KING SPIRITS, INC. D/B/A JERRY'S HOUSE OF SPIRITS | Defendant/Business Owner |
| JERROLD E. TOMEO, III, AS TRUSTEE OF THE TOMEO REVOCABLE LIVING TRUST | Defendant/Property Owner |

02/07/2025
Date

/s/  Jason J. Kim
Signature

Attorney of record for (or name of party appearing in pro per):

BERNARD TARUC

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**